PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: AMARIZAN, Raheem                    Cr.: 22-00130-001
                                                                          PACTS #: 7374783

Name of Assigned Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/25/2019 (Southern District of New York)

Date of Transfer of Jurisdiction: 02/14/2022

Original Offense:   Racketeering Conspiracy
                    Narcotics Conspiracy
                    Possession of a Firearm in Connection with the Racketeering
                    Hobbs Act Robbery (two counts)
                    Passing Counterfeit U.S. Currency
                    Assault (two counts)

Original Sentence: 84 months imprisonment; five (5) years supervised release; $650 special assessment

Special Conditions: 1) drug and alcohol testing/treatment; 2) mental health programming; 3) comply with immigration authorities; and 4) submit to search/seizure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/22/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition of supervision:

Violation Number    Nature of Noncompliance

1                   On January 25, 2022, Amarizan admitted abusing marijuana while on Supervised Release. Reportedly, such illicit use occurred on/about January 7, 2022, and on/about January 15, 2022.

U.S. Probation Officer Action:  Probation will present this document to Amarizan. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief U.S.P.O.


                                     By:    JOSEPH EMPIRIO
                                            Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
AMARIZAN, Raheem

APPROVED:

*Elisa Martinez*                               *03/28/22*
ELISA MARTINEZ                         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No formal Court action to be taken at this time - Probation will present this document to the individual under supervision as a written reprimand issued under the authority of the Court **(PROBATION RECOMMENDED)**

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/29/2022
Date